# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## SENTENCING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES - CRIMINAL** |
| | ) | |
| Plaintiff, | ) | Case No: 23-cr-160 (19) (NEB/JFD) |
| | ) | Date: April 7, 2026 |
| v. | ) | Courthouse: Minneapolis |
| | ) | Courtroom: 13W |
| WILLIAM BANKS, | ) | Court Reporter: Renee Rogge |
| | ) | Time Commenced: 2:05 p.m. |
| Defendant. | ) | Time Concluded: 2:35 p.m. |
| | ) | Time in Court: 30 minutes |
| | ) | |

Before Nancy E. Brasel, United States District Judge
APPEARANCES:

    For Plaintiff:    Albania Concepcion, Assistant U.S. Attorney
    For Defendant:    Catherine Turner, CJA Appointed Attorney

☒ **Sentencing.**

**IT IS ORDERED:**
**Defendant is sentenced to:**

| Count Nos. | Verdict | BOP | SR |
|---|---|---|---|
| 1sss | X | 42 months to be served concurrently to count 1sss | 5 years to be served concurrently to count 3sss |
| 3sss | X | 42 months to be served concurrently to count 3sss | 5 years to be served concurrently to count 3sss |

☒ Special conditions of: **See J&C for special condition.**
☒ Special assessment in the amount of $200.00 due immediately.
☒ Restricted and sealed filings at ECF Nos 2670-2671 and 2695 shall be sealed or restricted for 10 years (4/7/36).
☒ Defendant is remanded to the custody of the USM.

Date: April 7, 2026

s/Kristine Wegner
Courtroom Deputy to Judge Nancy E. Brasel